FILED

AUG 0 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  MICHAEL L. CROWLEY (117008)
   Attorney at Law
2  550 West "C" Street, Suite 1960
   San Diego, CA 92101
3  (619) 444-8808

4  Attorney for Defendant

5            UNITED STATES DISTRICT COURT

6          SOUTHERN DISTRICT OF CALIFORNIA
             (Honorable Gordon Thompson, Jr.)
7

8  UNITED STATES OF AMERICA,           )
                                       )   Case Nos.: 08mj1498/08CR1865-GT
              Plaintiff,               )
9                                      )   ORDER RE:
                                       )   DOCUMENTS
10 v .                                 )
                                       )
11                                     )
                                       )
   DANIEL LOPEZ-BECERRA,               )
12                                     )
              Defendant.               )
13 _____  )

14        Defendant, DANIEL LOPEZ-BECERRA, by and through his attorney of record,

15 Michael L. Crowley, requests this court to order the United States Probation Office and

16 more specifically United States Probation Officer Carolyn Casutt to produce any and all

17 probation reports in her/their file including but not limited to case number  CR124087

18 (8/29/91) as they were referenced while Mr. LOPEZ was being questioned during his

19 probation interview on July 23, 2008. Ms. Casutt indicated she had no opposition to

20 such a court order, but the order was necessary before she could release the reports.

21
   DATED:  July 25, 2008
22

                              /s/ Michael L. Crowley
23                            Michael L. Crowley, Esq.
                              Attorney for Defendant
24                            DANIEL LOPEZ-BECERRA

25 GOOD CAUSE APPEARING, IT IS SO ORDERED:

26 DATED: 8-4-08

27                            Honorable Gordon Thompson, Jr.
                              Judge, United States District Court
28 C:\Documents and Settings\Kimmir\Local Settings\Temp\notes1C7949\Lopez-Becerra, Daniel - order re docs from USPO.wpd