```
1  MICHAEL L. CROWLEY (117008)
   Attorney at Law
2  550 West "C" Street, Suite 1960
   San Diego, CA 92101
3  (619) 444-8808

4  Attorney for Defendant
```

FILED
AUG 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  DANIEL LOPEZ-BECERRA,  Defendant. | Case Nos.: 08mj1498/08CR1865-GT  ORDER RE: DOCUMENTS |

Defendant, DANIEL LOPEZ-BECERRA, by and through his attorney of record, Michael L. Crowley, requests this court to order the United States Probation Office and more specifically United States Probation Officer Carolyn Casutt to produce any and all probation reports in her/their file including but not limited to case number CR124087 (8/29/91) as they were referenced while Mr. LOPEZ was being questioned during his probation interview on July 23, 2008. Ms. Casutt indicated she had no opposition to such a court order, but the order was necessary before she could release the reports.

DATED: July 25, 2008

/s/ Michael L. Crowley
Michael L. Crowley, Esq.
Attorney for Defendant
DANIEL LOPEZ-BECERRA

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

DATED: 8-4-08

Honorable Gordon Thompson, Jr.
Judge, United States District Court

C:\Documents and Settings\Kimmir\Local Settings\Temp\notes1C7949\Lopez-Becerra, Daniel - order re docs from USPO.wpd